Charles L. Hastings  #88599
LAW OFFICES OF CHARLES L. HASTINGS
4568 Feather River Drive, Suite A
Stockton, CA 95219
Telephone: (209) 476-1010
Facsimile: (209) 952-7854

Attorney for Creditors
BILL EDWARDS AND CHERYL EDWARDS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

In re:

MATTHEW F. PELLOUCHOUD AND
MARILYN A. PELLOUCHOUD

         Debtor

CASE NO: 11-41892
CHAPTER 13

DATE: October 21, 2014
TIME: 1:30 pm
DEPT: Courtroom 201

## DECLARATION OF BRIAN HEALY IN SUPPORT OF MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7

I, BRIAN HEALY, declare as follows:

1. I am an attorney at law licensed to practice before all the Courts of the State of California. I represent the plaintiff Community Reinvestment Fund, Inc. regarding a note made by AG Realty Corporation & Antioch Grill, Inc. as borrowers. The note is guaranteed by Matthew F. Pellouchoud, Marilyn A. Pellouchoud, Bill Edwards, and Cheryl Edwards, CMMB Services, Inc. and Cuatro Service, Inc. I make this declaration of my own personal knowledge and, if called upon to testify, could and would testify competently as stated herein.

2. In that matter, the Pellouchouds have been represented by Richard Hobin. Submitted herewith and submitted as Exhibit F is a true and correct copy of a letter I received from Mr. Hobin concerning the Pellouchouds.

///

////

1 |     I declare under penalty of perjury, under the laws of the State of California, that the foregoing
2 | is true and correct and if called to testify to same would do so. Executed on October __6__, 2014 at
3 | San Francisco , CA.

*[Signature]*
BRIAN HEALY