1  ROBERT GOLDSTEIN (SBN 184226)
   LIAT BLUM (SBN 286715)
2  Law Offices of Robert L. Goldstein
   100 Bush Street #501
3  San Francisco, CA 94104
   Phone: (415) 391-8700
4  Fax: (415) 391-8701

5  Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>MATTHEW F. PELLOUCHOUD<br>MARILYN A. PELLOUCHOUD<br><br>Debtor. | Case No.: 11-41892<br><br>Chapter 13<br><br>**RESPONSE TO MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7**<br><br>Date:　October 21, 2014<br>Time:　1:30 PM<br>Judge:　Hon. Roger L. Efremsky<br>Place:　1300 Clay Street, Courtroom 201<br>　　　　Oakland, CA |

TO THE HONORABLE ROGER L. EFREMSKY:

Debtors Matthew and Marilyn Pellouchoud ("Debtors") by and through their attorney of record, do hereby respond respectfully to the Motion to Convert Chapter 13 Case to Chapter 7 as follows:

1. The Pellouchouds deny all of the allegations that have been asserted against them and assert that their Chapter 13 case was filed properly and in good faith.

1

RESPONSE

2. The parties have been engaging in discussions about the issues involved in Motion to Convert (hereafter "Motion") and efficient steps necessary to resolve issues.

3. Any additional response will be filed subsequently.

WHEREFORE, the Debtors respectfully request that the Court deny this Motion, that the Court allow sufficient time for the Pellouchouds to engage in additional fact-finding and to respond more thoroughly to this Motion and, that the matter be set for an evidentiary hearing and/ or that this Court provides any other appropriate relief.

                                                Respectfully submitted,

                                                Law Offices of Robert L. Goldstein

Date: October 20, 2014                  /s/ Liat Blum
                                                Liat Blum, Esq.
                                                Attorney for Debtor